# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| EVELYN PANNELL, individually and on Behalf of all other similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>KEYVIEW LABS, INC., and DOES 1-10,<br><br>      Defendants. | **CASE NO.: 5:18-cv-02508,**<br><br><br><br><br>**NOTICE OF MOTION AND MOTION TO APPEAR *PRO HAC VICE*** |

    Pursuant to Local Rule 83.5(h) of the Rules of the United States District Court for the Northern District of Ohio, Defendant KEYVIEW LABS, INC. moves this Court to grant leave for attorney E. Crystal Lopez to appear *pro hac vice* in this action on its behalf. In support of this motion, the undersigned asserts the following:

    1.    Ms. Lopez is an associate at Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. which is located at 2029 Century Park East, Suite 3100. Her business telephone number is (310) 586-3200 and business facsimile number is (310) 586-3202. Her email address is eclopez@mintz.com.

    2.    The affidavit of Ms. Lopez, which is offered in support of this Motion and contains the specific information required by Local Rule 83.5(h), is attached hereto as **Exhibit A**.

    3.    As noted in her affidavit, Ms. Lopez is a member in good standing of the courts in which she is admitted. Furthermore, no disciplinary proceedings have been filed or are pending against her, and she has not been disbarred from practice before any court, department, bureau

or commission of any State or the United States. Also, as noted, Ms. Lopez has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of any bar.

4. The undersigned is tendering the required filing fee with this Motion.

WHEREFORE, Defendant Keyview Labs, Inc. respectfully requests that this Court grant attorney E. Crystal Lopez limited admission to appear in this Court, in this particular proceeding, on its behalf.

Respectfully submitted

*/s/ Brian P. Nally*
BRIAN P. NALLY (0086711)
**REMINGER CO., L.P.A.**
101 W. Prospect Avenue, Suite 1400
Cleveland, Ohio 44115-1093
P: 216-687-1311
F: 216-687-1841
Email: BNally@Reminger.com

*Counsel Defendant Keyview Labs, Inc.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I filed the foregoing **MOTION TO APPEAR** *PRO HAC VICE* **BY E. CRYSTAL LOPEZ** electronically on February 5, 2019, with the Clerk of the United States District Court in the CM/ECF system, which will serve a notice of the filing upon all counsel or parties of record.

                                               */s/ Brian P. Nally*
                                               Brian P. Nally