# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| EVELYN PANNELL and KAIL JAMARI, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>KEYVIEW LABS, INC. and DOES 1-10,<br><br>      Defendants. | Case No. 5:18-cv-02508-SL<br><br>Honorable Judge Sara Lioi |

## AGREED STIPULATION OF DISMISSAL

Now come the Plaintiffs, Evelyn Pannell and Kail Jamari, and the Defendant, Keyview Labs, Inc., by and through their respective undersigned counsel, and hereby stipulate to the dismissal of this Action with prejudice as to Plaintiffs' individual claims, and without prejudice as to the putative class members' claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| RESPECTFULLY SUBMITTED, | RESPECTFULLY SUBMITTED, |
| EVELYN PANNELL & KAIL JAMARI | KEWVIEW LABS, INC. |

By: /s/ David B. Levin
    Attorney for Plaintiffs
    Ohio Attorney No. 0059340
    Law Offices of Todd M. Friedman, P.C.
    333 Skokie Blvd., Suite 103
    Northbrook, IL 60062
    Phone: (224) 218-0882
    dlevin@toddflaw.com

By: /s/ Brian P. Nally
    Attorney for Keyview Labs, Inc.
    Ohio Attorney No. 0086711
    Reminger Co., L.P.A.
    101 W. Prospect Avenue
    Suite 1400
    Cleveland, OH 44115
    Phone: (216) 687-1311
    bnally@reminger.com

By: /s/ Crystal Lopez
    Attorney for Keyview Labs, Inc.
    Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
    2029 Century Park East
    Suite 3100
    Los Angeles, CA 90067
    Phone: (310) 586-3203
    CLopez@mintz.com

**IT IS SO ORDERED**.

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**

June 3, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2019 a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

    /s/ David B. Levin
    Attorney for Plaintiffs